# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JESUS M.G.L.,

Petitioner,

v.

DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Minneapolis - St. Paul Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; TODD BLANCHE, U.S. Attorney General; and ERIC TOLLEFSON, Kandiyohi County Jail Sheriff,

Respondents.

Case No. 26-CV-2518 (NEB/DJF)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

The Court has received the June 9, 2026 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 12.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 12) is ACCEPTED.

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3.  Respondents are ORDERED to immediately release Petitioner from custody:

  a.  As soon as practicable;

  b.  Within the State of Minnesota;

  c.  Subject to the conditions of his parole issued July 9, 2024;

  d.  At a safe time and place communicated in advance to counsel; and

  e.  With all of Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 12, 2026                              BY THE COURT:

                                                  s/Nancy E. Brasel
                                                  Nancy E. Brasel
                                                  United States District Judge